≞AO 247 (02/08) Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the
## NORTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| Kenneth Stallworth ) | Case No: 3:06cr66/LAC |
| ) | USM No: 06419-017 |
| Date of Previous Judgment:   12 September 2006 ) | |
| (Use Date of Last Amended Judgment if Applicable) ) | Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
☒ DENIED.   ☐ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of _____ months **is reduced to** _____ .

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)
Previous Offense Level:    33          Amended Offense Level:    31
Criminal History Category:    IV          Criminal History Category:    IV
Previous Guideline Range:  188  to  235  months    Amended Guideline Range:  151  to  188  months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
☐ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

**III. ADDITIONAL COMMENTS**
    Although the defendant's guideline imprisonment range is reduced to 151 to 188 months pursuant to Amendment 706 to the Sentencing Guidelines, the mandatory minimum term of imprisonment of 240 months exceeds the maximum of the amended guideline imprisonment range pursuant to §5G1.1(b).  For this reasons, the defendant is not eligible for any relief pursuant to Amendment 706.

Except as provided above, all provisions of the judgment dated  12 September 2006  shall remain in effect.
**IT IS SO ORDERED**.

Order Date:    30 April 2008                              s/*L.A. Collier*
                                                                                    Judge's signature

Effective Date: _____                     Lacey A. Collier, Senior U.S. District Judge
        (if different from order date)                             Printed name and title